**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**ROBERTO LOPEZ-VELAZQUEZ,**

    **Petitioner,**

        **v.**

**UNITED STATES OF AMERICA,**

    **Respondent.**

                            **CASE NO. 1:12-CR-253
CIVIL No. 2:13- CV-1125
JUDGE GREGORY L. FROST
MAGISTRATE JUDGE KEMP**

**OPINION AND ORDER**

On July 8, 2014, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. Petitioner's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is **DENIED**. The Clerk is **DIRECTED** to enter judgment accordingly and remove this civil action, Case No. 2:13-CV-1125, from the docket records of the United States District Court for the Southern District of Ohio, Eastern Division.

    **IT IS SO ORDERED**.

                            /s/ Gregory L. Frost_____
                            GREGORY L. FROST
                            United States District Judge